```
               IN THE UNITED STATES DISTRICT COURT
             FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DELAWARE RIVER STEVEDORES, INC.  :       CIVIL ACTION
                                 :
           v.                    :
                                 :
INTERNATIONAL LONGSHOREMEN'S     :       NO. 17-2224
ASSOCIATION, LOCAL 1242, et al.  :
```

ORDER

AND NOW, this 26th day of May, 2017, following a telephone conference with counsel and by agreement of the parties, it is hereby ORDERED that:

(1) the May 15, 2017 Temporary Restraining Order (Doc. # 4) is DISSOLVED;

(2) the bond deposited by the plaintiff with the Clerk's Office shall be returned to the plaintiff; and

(3) this action is stayed pending Arbitration.

BY THE COURT:

/s/ Harvey Bartle III
                              J.